ACCEPTED
12-14-00369-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/13/2015 2:02:29 PM
CATHY LUSK
CLERK

# Dean Watts

### Attorney at Law

120 East Pilar Street
Nacogdoches, Texas 75961

(936) 559-9288
Fax (936) 559-0959

Board Certified, Criminal Law
Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/13/2015 2:02:29 PM
CATHY S. LUSK
Clerk

August 3, 2015

Eric Griffin Moore,
TDCJ #001970353
Holliday Unit
295 I.H. 45 North
Huntsville, TX 77320-8443

RE:  Court of Appeals Notification

Via Certified Mail #7013 3020 0000 8731 1905

Enclosed please find the Court of Appeals decision in your case. They ruled that there were no issues for me to appeal, granted my motion to withdraw, and said that your conviction has been affirmed. That means that your case did not get reversed but will stand as a conviction with the sentence given by the court.

You have 30 days from the date of either this opinion or the last timely motion for rehearing that was overruled by the 12th Court of Appeals to file a petition for discretionary review with the Court of Criminal Appeals. You can do this yourself or hire an attorney to do it for you.  The Court will not appoint me to do this procedure.

Please be advised that any petition for discretionary review must be filed with the Texas Court of Criminal Appeals, and must adhere to the requirements of Texas Rules of Appellate Procedure 68.4. The mailing address for the Court of Criminal Appeals is PO Box 12308, Austin, Texas 78711.

Please contact me if you have any questions regarding th

Best regards,

Dean Watts
Attorney at Law

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.71 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.96 |

Postmark NACOGDOCHES, TX 75963 AUG 3 2015

Sent To  Eric Moore # 001970353
Street, Apt. No.; or PO Box No.  295 I.H. 45 North (Holiday Unit)
City, State, ZIP+4  Huntsville, Texas 77320-8443

PS Form 3800, August 2006          See Reverse for Instruction